UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK JONES,

       Plaintiff,

   v.

THOMAS PARLING,
LINDA BUCKHOLZ, and
JASON THOMAS,

       Defendants.
_____/

CASE NO. 10-CV-11604

HON. GEORGE CARAM STEEH

<u>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION (#71) AND TRANSFERRING
CASE TO THE WESTERN DISTRICT OF MICHIGAN</u>

     Plaintiff Mark Jones alleges that defendants violated his constitutional rights by fabricating misconduct reports and security classification documents in order to increase plaintiff's custody level. Plaintiff claims these actions were taken in retaliation for plaintiff's attempt to seek a pardon or commutation of sentence from the Michigan Parole Board. On February 9, 2012, defendants filed a motion to dismiss for lack of venue and/or transfer venue (#69). On August 9, 2012, Magistrate Judge Whalen issued a report and recommendation that the motion be granted in part, not dismissing the case, but transferring it to the Western District of Michigan. The three remaining defendants work and reside in the Western District of Michigan and the alleged acts giving rise to the claim occurred in the Western District of Michigan. The deadline for filing objections to Magistrate Judge Whalen's report and recommendation has passed and no objections were filed. Accordingly,

The court hereby ACCEPTS and ADOPTS Magistrate Judge Whalen's report and recommendation, GRANTS defendants' motion in part, and TRANSFERS this case to the United States District Court for the Western District of Michigan.

SO ORDERED.

Dated: August 31, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 31, 2012, by electronic and/or ordinary mail and also on Mark Jones, 23411 Cloverlawn, Oak Park, MI 48237.

s/Barbara Radke
Deputy Clerk

---